**Wolters Kluwer**

**CT Corporation**
**Service of Process Notification**
12/12/2022
CT Log Number 542827560

## Service of Process Transmittal Summary

**TO:**   Greg Zoglio
Cornerstone Chemical Company
3838 N CAUSEWAY BLVD STE 3150
METAIRIE, LA 70002-8346

**RE:**   **Process Served in Louisiana**

**FOR:**   Cornerstone Chemical Company  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: DARRYL F. MARLROUGH, JR., // To: Cornerstone Chemical Company |
| **CASE #:** | 835312 |
| **NATURE OF ACTION:** | Employee Litigation - Discrimination |
| **PROCESS SERVED ON:** | C T Corporation System, Baton Rouge, LA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 12/12/2022 at 10:26 |
| **JURISDICTION SERVED:** | Louisiana |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air |
| | Image SOP |
| | Email Notification, Greg Zoglio  greg.zoglio@cornerstonechemco.com |
| | Email Notification, Jamie Allen  jamie.allen@cornerstonechemco.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System |
| | 3867 Plaza Tower Dr. |
| | Baton Rouge, LA 70816 |
| | 866-203-1500 |
| | DealTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

**EXHIBIT "A"**



# PROCESS SERVER DELIVERY DETAILS

**Date:**                              Mon, Dec 12, 2022
**Server Name:**                       Drop Service

| Entity Served | CORNERSTONE CHEMICAL COMPANY |
|---------------|------------------------------|
| Case Number   | 835-312                      |
| Jurisdiction  | LA                           |

| Inserts | | |
|---------|--|--|
|         |  |  |




(101)  CITATION: PETITION FOR
DISCRIMINATION/EXHIBIT(DETERMINATION AND NOTICE OF RIGHTS);     221201-3597-9

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

DARRYL F. MARLROUGH, JR.                    Case: 835-312    Div: "M"
versus                                      P 1 DARRYL F. MARLROUGH
CORNERSTONE CHEMICAL COMPANY                JR

To:  CORNERSTONE CHEMICAL COMPANY
CT CORPORATION SYSTEM
3867 PLAZA TOWER DRIVE                       EBR MO#19-443771352 $40.44
BATON ROUGE, LA 70816

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DISCRIMINATION/EXHIBIT(DETERMINATION AND NOTICE OF RIGHTS) of which a true
and correct copy accompanies this citation, or make an appearance either by filing a pleading
or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of
Louisiana, within TWENTY-ONE(21) CALENDAR days after the service hereof, under penalty
of default.

This service was requested by attorney Litigant DARRYL F. MARLROUGH JR and was issued
by the Clerk of Court on the 1st day of December, 2022.

/s/ Sulma Cubas
Sulma Cubas, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____     SERVICE INFORMATION _____

(101)  CITATION: PETITION FOR
DISCRIMINATION/EXHIBIT(DETERMINATION AND NOTICE OF RIGHTS);     221201-3597-9

Received:_____     Served:_____     Returned:_____

Service was made:
___ Personal           ___ Domicilary _____

Unable to serve:
___ Not at this address      ___ Numerous attempts _____ times
___ Vacant                   ___ Received too late to serve
___ Moved                    ___ No longer works at this address
___ No such address          ___ Need apartment / building number
___ Other _____

Service: $_____     Mileage: $_____     Total: $_____

Completed by:_____ # _____
                        Deputy Sheriff
Parish of: _____

FILED FOR RECORD 11/22/2022 15:41:59
Shelley M. Mautner, DY CLERK
JEFFERSON PARISH, LA

P1

835

DARRYL F. MARLROUGH, JR.,                24TH JUDICIAL DISTRICT COURT

VERSUS NUMBER 835-312                    PARISH OF JEFFERSON

CORNERSTONE CHEMICAL COMPANY             STATE OF LOUISIANA

M

---

**PETITION FOR DISCRIMINATION**

---

THE PETITION of Darryl F. Marlbrough, Jr., a person of full age of majority, domiciled
and a resident of the Parish of Lafourche, State of Louisiana, who, with respect, represents as
follows:

1.

This Court has subject matter jurisdiction of this action pursuant to 28 U.S.C. §1331, for
the reason that this action arises under the laws of the United States and specifically, 42 U.S.C. §
1983, the First Amendment of the United States Constitution and LSA-R.S. 23:332, et seq. for
jurisdiction over the claim arising under the laws of the State of Louisiana, pursuant to 28 U.S.C.
§ 1367 (A), as the State claim arises out of the same adverse employment action of termination
that gave rise to plaintiff's Federal claim and forms a part of the same case or controversy.

2.

All of the events set forth in this Complaint took place in the Parish of Jefferson, State of
Louisiana.

3.

Made defendant herein is Cornerstone Chemical Company, a foreign Corporation,
authorized to do and doing business in the State of Louisiana.

4.

Plaintiff, Darryl F. Marlbrough, was employed by Cornerstone Chemical Company
(hereinafter referred to as "Cornerstone"), from *March 29, 2017* to
*December 31, 2019* when he was discharged from their services.

5.

As noted, plaintiff was terminated from his employment by the Cornerstone on
*December 31, 2019*



6.

At the time of termination of his employment, plaintiff held the position of an

*Operations Supervisor.*

7.

That your plaintiff was continually harassed in his employment and subjected to a hostile

work environment since your plaintiff is of American Indian decent.

8.

Plaintiff was also subjected to offensive jokes about race and subjected to demeaning

terms, rude gestures, inappropriate language and intentional work interference.

9.

That the complained of behavior was pervasive and continuous and the behavior was

serious enough to disrupt your plaintiff's work flow, work activity and scheduling negatively

affecting plaintiff's morale and any chances of career advancement, in addition to causing your

plaintiff severe anxiety requiring medication for same.

10.

It is alleged that Cornerstone, created a racially hostile work environment about which

plaintiff had complained.

11.

At the time of his termination, plaintiff was in compliance with all the rules and

regulations of his position and therefore should not have been terminated.

12.

That the First Amendment to the United States Constitution, made applicable to the State

of Louisiana through the Fourteenth Amendment to the United States Constitution and

enforceable pursuant to 42 U.S.C. § 1983, provides that states may not interfere with freedom of

speech.

13.

Plaintiff's comments and opinions in reference to the allegations made in this

petition are protected by the First Amendment of the United States Constitution.

14.

Defendant acted intentionally and in clear disregard of plaintiff's federally protected



rights; alternatively, defendant acted with reckless disregard of plaintiff's federally protected

rights.

15.

As a result of the actions of defendant, plaintiff has suffered and will continue to suffer

the following damages, injuries and losses as a direct and/or proximate result of the actions and

violations set forth in this complaint:

    a.    Emotional distress, humiliation and loss of enjoyment of life;

    b.    Damage to reputation;

    c.    Legal expenses and costs;

    d.    And other damages as will be developed in the premises.

WHEREFORE, PLAINTIFF, DARRYL F. MARLBROUGH, JR., PRAYS for Judgment

in his favor and against defendant for all damages due in the premises, plus legal interest from

date of judicial demand and for all costs of these proceedings.

Plaintiff further prays for any and all just and equitable relief which justice and this cause

may require.

Respectfully submitted,

DARRYL F. MARLBROUGH, JR.,
IN PROPER PERSON
116 CELES LANE
LOCKPORT, LOUISIANA 70374
985- 665- 9538
darrylmarlbrough@hotmail.com

PLEASE SERVE:
CORNERSTONE CHEMICAL COMPANY
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

EBR- 19-443771352
$44.44



12/01/2022 10:23:56 CERTIFIED TRUE COPY - Pg:3 of 3 - Jefferson Parish Clerk of Court - ID:22165853

FILED FOR RECORD 11/22/2022 15:47:07
Shelley M. Mauterer, DY CLERK
JEFFERSON PARISH, LA

P1
512



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

New Orleans Field Office
500 Poydras Street, Suite809
New Orleans, LA 70130
(504) 635-2531
Website: www.eeoc.gov

### DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 08/25/2022

To: Mr. Darryl F. Marlbrough Jr.
116 Celes Lane
LOCKPORT, LA 70374
Charge No: 461-2020-00994

EEOC Representative and email:    Wayne Morgan
Federal Investigator
wayne.morgan@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 461-2020-00994.

On behalf of the Commission,

Digitally Signed By:Rayford O. Irvin
08/25/2022
Rayford O. Irvin
District Director

Cc:
Dylan Penny
10800 River Rd
WAGGAMAN, LA 70094

Jamie M Marlbrough
116 Celes Lane
LOCKPORT, LA 70374

Please retain this notice for your records.