DARRYL F. MARLBROUGH, JR.

      Plaintiff.

VERSUS

23-CV-22-SEC. D

CORNERSTONE CHEMICAL COMPANY

      Defendant



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED Feb 6 2023

AJ    CAROL L. MICHEL CLERK    E-Mail

I need to make amendments to my lawsuit. I need to add the following:

### 1.

Plaintiff was offered severance which had wording in it that would have him sign away his worker's comp claim and any and all other claims that may arise if he wanted to take the money being offered. At the time of the termination, a workers comp claim was ongoing.

### 2.

Plaintiff was forced to interview for a very highly skilled and hazardous job to maintain his employment after suffering a disabling injury where he struck his head causing a concussion and traumatic brain injury which affected his overall brain function. He was forced to answer very detailed job specific questions after going through this traumatic event and was told he was lacking the competency for this role, and his current role, even though he had achieved all performance/safety goals and was meeting all expectations.

### 3.

Plaintiff was subjected to constant ridicule and humiliation from the company he was contracted to work for. This came from the operations manager of the contract company and was reported numerous times to his superiors and the plaintiffs about the constant harassment. The contract employee was also reported to the company HR rep. Plaintiff was told he was a failure at his job very loudly and in front of co-workers on a regular basis. This employee was allowed to be a part of a separate interview process that decided whether or not the company would allow plaintiff to start employment with the new group of individuals.

4.

The plaintiff was put in a situation where he was subjected to absolute complete embarrassment by which the company (Dyno Nobel) he was contracted to, offered every single employee future employment except him. He was the only person forced to go back to Cornerstone Chemical Co, and try to maintain a role somewhere in the organization. He was not told that he would not be offered a job until after being used to talk all of the other employees into taking the new roles. He was told in front of all the employees at multiple meetings that every employee working at the Ammonia plant currently, would be offered future employment with the company.

5.

Plaintiff has been accused of not having a disability that falls under the ADA because he went back to work in a short period of time. He should have been allowed to remain home and not feel pressured to come to work which would cause a lost time incident. According to the doctors he has seen, he should have been at a no work status since the day of the accident on Nov.26, 2019. Between the time of the accident and the time he was terminated, he had a very difficult time performing to his normal capacity and needed help. He went home early a few times due to extreme headaches and was reporting this to the onsite medical staff.

6.

Prior to the workplace injury, plaintiff was told on multiple occasions by Cornerstone Chemical HR that in the event that he would no longer have employment with the contract company (Dyno Nobel), that he would be reabsorbed somewhere within Cornerstone Chemical Co. This did not happen.

Thank you for your help with this matter...

*[signature: Darryl Marlbrough]*

DARRYL F. MARLBROUGH JR.

116 CELES LANE

LOCKPORT, LA 70374


985-665-9538

# LAEDdb_ProSeDocs

| | |
|---|---|
| **From:** | Darryl Marlbrough <darrylmarlbrough@hotmail.com> |
| **Sent:** | Monday, February 6, 2023 11:35 AM |
| **To:** | LAEDdb_ProSeDocs |
| **Subject:** | DARRYL MARLBROUGH VS. CORNERSTONE CHEMICAL CO. |
| **Attachments:** | Feb 6, Doc 1.pdf |

**CAUTION - EXTERNAL:**

Please let me know if this does not work. Thank you

Darryl Marlbrough

985-665-9538


Sent from my iPad

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.