UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DARRYL F. MARLBROUGH JR. | * | CIVIL ACTION NO. 23-22 |
| VERSUS | * | DIVISION 1 |
| CORNERSTONE CHEMICAL COMPANY | * | MAGISTRATE JUDGE JANIS VAN MEERVELD |

**************************************

## **JUDGMENT**

The Court having granted the Motion to Dismiss filed by defendant Cornerstone Chemical Company,

IT IS ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of Cornerstone Chemical Company and against plaintiff Darryl F. Marlbrough Jr., dismissing plaintiff's Complaint with prejudice.

New Orleans, Louisiana, this 14th day of March, 2024.

_____
Janis van Meerveld
United States Magistrate Judge